-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

WILLIAM CRENSHAW, 98B0745,

                Plaintiff,

    -v-

PATRICK GRIFFIN, Superintendent Southport
Correctional Facility,

                Defendants.

DECISION AND ORDER
11-CV-6621L

---

Plaintiff William Crenshaw has brought this action under 42 U.S.C. § 1983, complaining that his constitutional rights were violated at the Auburn Correctional Facility.[1] However, the Auburn Correctional Facility is located in the Northern District of New York and the action is deemed to arise under jurisdiction of the United States District Court for the Northern District of New York. Pursuant to 28 U.S.C. § 1406(a), this action is ordered transferred to the United States District Court for the Northern District of New York.

The determination of the plaintiff's motion for permission to proceed *in forma pauperis* has been left to the Northern District of New York. Therefore, because this Court has already sent his signed authorization form to the Southport Correctional Facility for execution, the Pro Se Office is directed to advise the facility of the transfer of this case to the Northern District.

---

[1] The Court notes that the action in the Northern District that plaintiff alleges the paperwork was required for (11-CV-331), was dismissed prior to his paperwork being confiscated. He has failed to appeal that dismissal.

IT HEREBY IS ORDERED, that this matter is transferred to the United States District Court for the Northern District of New York.

SO ORDERED.

Dated: January 17, 2012
Rochester, New York

_____
CHARLES J. SIRAGUSA
United States District Judge